UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICHOLAS HOLLAND, et al.,

        Plaintiffs,

v.

TOKYO ELECTRIC POWER CO., INC.
and GENERAL ELECTRIC COMPANY,

        Defendants.

Case No. 18-cv-00573-TJK

## ORDER OF DISMISSAL

Upon consideration of the Parties' Joint Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby dismisses this action without prejudice this 20th day of May, 2021. The Parties shall each bear their own fees and costs. The Clerk of the Court is directed to close the case.

It is SO ORDERED.

_____
HON. TIMOTHY J. KELLY